1  Abraham J. Colman (SBN 146933)
   Email:   acolman@reedsmith.com
2  Dalar Abolian (SBN 314789)
   Email:   dabolian@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorneys for Defendant
   New Penn Financial, LLC d/b/a
7  Shellpoint Mortgage Servicing

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| AMANDA JASKIEWICZ,<br><br>             Plaintiff,<br><br>vs.<br><br>Experian Information Solutions, Inc.; Equifax, Inc.; TransUnion, LLC; Wells Fargo Bank, N.A., Bank of America, N.A., Shellpoint Mortgage Servicing, Credit Bureau Associates, and DOES 1 through 100 inclusive,<br><br>             Defendants. | Case No.: 2:18-cv-00891-KJM-GGH<br><br>**JOINT STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>Assigned to: Hon. Kimberly J. Mueller<br>Referred to: Hon. Gregory G. Hollows |
|---|---|

Plaintiff Amanda Jaskiewicz ("Plaintiff"), Defendant New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, and Defendant Bank of America, N.A., (collectively, "Defendants") hereby jointly stipulate that this Court dismiss this case against Defendants with prejudice. In support of this motion, the parties state that the matters in dispute between Plaintiff and Defendants have been resolved.

WHEREFORE, Plaintiff and Defendants pray that this Court enter an Order dismissing this action with prejudice, with each party to bear its own litigation costs.

DATED: May 18, 2018     SAGARIA LAW, P.C.

By: */s/ Elliot W. Gale (auth. on 5/18/2018)*
    Elliot W. Gale
    Scott J. Sagaria
    *Attorneys for Plaintiff*
    *Amanda Jaskiewicz*

DATED: May 18, 2018     SEVERSON & WERSON

By: */s/ Diane P. Craigg (auth. on 5/18/2018)*
    Diane P. Cragg
    *Attorney for Defendant*
    *Bank of America, N.A.*

DATED: May 18, 2018     REED SMITH LLP

By: */s/ Dalar Abolian*
    Dalar Abolian
    Abraham J. Colman
    *Attorneys for Defendant*
    *New Penn Financial, LLC*
    *d/b/a Shellpoint Mortgage Servicing*

**IT IS SO ORDERED.**

DATED: May 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

– 1 –
JOINT STIPULATION TO DISMISS WITH PREJUDICE